Ryan YOUNG, Plaintiff–Appellant,

v.

**HENDRICK MOTORSPORTS, INCORPORATED, Defendant–Appellee.**

No. 07–1064.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2007.

Decided: Aug. 15, 2007.

Jenny L. Sharpe, Charlotte, North Carolina, for Appellant. John D. Cole, Kelly S. Hughes, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charlotte, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Young appeals the district court's order granting summary judgment in favor of Hendrick Motorsports, Inc. on his retaliation claim brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its oral order announced from the bench. *See Young v. Hendrick Motorsports, Inc.,* No. 3:05–cv–00503 (W.D.N.C. Dec. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*